03-15-00183-CV

FILED 3
March 26, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

CAUSE NO. _CR21,263C_

Name: _Galvan R. Lozada_ §          IN THE _20Th_

TDCJ-ID# _1579849_ §          DISTRICT COURT OF

Relator §          _Milam_ COUNTY, TEXAS          JUDICIAL

**A.    PLAINTIFF'S ORIGINAL APPLICATION FOR WRIT OF _MANDAMUS_**

TO THE HONORABLE JUDGE OF SAID COURT:

Comes Now, _Mr. Galvan R. Lozada_, Relator pro se in the above-styled and numbered cause of action and files this Original Application For Writ of Mandamus, pursuant to Article 11.07 Section (c) of the Texas Code of Criminal Procedure, and would show the Court the following:

**B.    RELATOR**

1.01  _Mr. Galvan R. Lozada_, TDCJ# _1579849_ is an offender incarcerated in the Texas Department of Criminal Justice and appearing pro se who can be located at: _French Robertson Unit, 12071 FM 3522, Abilene, TX 79601 (19-2-23_.

1.02  Relator has exhausted his remedies and has no other remedy at law.

1.03  The act sought to be compelled is ministerial, not discretionary in nature. V.A.T.C.C.P. art. 11.07 sec. 3(c) requires Respondent to immediately transmit to the Court of Criminal Appeals _TEX APP. DALLAS (1984) IF DISTRICT JUDGE entered an order without authority, the Court of Appeals has Jurisdiction as well as the duty to 'vacate' the unauthorized order. Court of Appeals are empowered to issue all Writs of Mandamus_.

**C.**

2.01  Respondent _Jeffrey D. Kyle_ in his/her capacity as ▓▓▓▓▓ Clerk of _Milam_ County, Texas, has a ministerial duty to receive and file all papers in a criminal proceeding and perform all other duties imposed on the clerk by law pursuant to T.C.C.P. art. 2.21, and is

RECEIVED
MAR 26 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

responsible under T.C.C.P. Art. 11.07 sec. 3(c) to immediately transmit to the Court of Criminal Appeals a copy of the application for Writ of Mandamus filed and a certificate reciting the date upon which that finding was made if the convicting court decides that there are issues to be resolved. _____ ████ Clerk of _Milam_ County may be served at his/her place of business at _P.O. Box 12847, Austin_, Texas _78711-2847_.

## PRAYER

Wherefore, premises Considered, Relator _Mr. Gelacio P. Lozada_ pro se respectfully requests a finding that Respondent did have his Appeals number, and brought this litigation in good faith. Relator Prays for his appeal number to be reopened in the name of Justice.

Respectfully submitted,

GELACIO·P. LOZADA
(Signature)

GELACIO·P. LOZADA
(Printed name)

B01 FM 3522
(Address)

Abilene, TX 79601
(City, state, zip)

Relator, pro se

## UNSWORN DECLARATION

I, _Gelacio P. Lozada_, TDCJ No. _1579849_, being presently confined at the French Robertson Unit, TDCJ-CID, located in Jones County, Texas, hereby declare under penalty of perjury that the foregoing instrument is true and correct.

EXECUTED this _22th_ day of _March_, 20_15_.

_GELACIO-P-LOZADA_

**Offender Signature**

STATE OF TEXAS

COUNTY OF _Milam_

§

§

## E. AFFIDAVIT

I swear under oath that the facts and allegations in the above Application for Writ of Mandamus are true and correct.

OFACIO·P·LOZADA

**Relator**

If sentencer is to make individualized assessment of appropriateness of defendant's background, with character being relevant because of belief long held by society, that defendant who commits criminal acts that are attributable to disadvantaged background or to emotional or mental problems may be less culpable than defendants who have no such excuse.

COURT OF APPEALS
THIRD DISTRICT
P.O. Box 12547 AUSTIN TX 78711-2547

JEFFREY D. KYLE, Clerk

Cause No. CR26,263.C.

From: Mr. Gelacio P. Lozada
#1579849
Court of Appeal No. 03-09-00470-CR

TO: Jeff L. Rose (Chief Justice)

Dear Chief Justice; Sir:

A pleasant day to you, I come today in regard to your respond from the Clerks office. And I am sending you notice of the fact that the Appeals Courts has as Much Jurisdiction as a Supreme Court. The lower District Court 20th Judicial District of Milam County, continues denying my every effort for Justice against this, Malicious dubious Conviction. And Your Appeals Court is my only hope for Justice. Thank you for your time.

Respectfully Yours

GELACIO LOZADA
Pro Se defendant
TDCJ# 1579849
Robertson Unit
12071 FM 3522
Abilene TX 79601

RECEIVED
MAR 26 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

## I

Court of Appeals has Jurisdiction to issue Writ of Mandamus to Correct a Clear abuse of discretion by a Trial Court in all proceedings.
667-SW2d352.

## II

Court of Appeals have Power to issue Writ of Mandamus to require Vacation of Orders by district Courts
Vernon Ann's Texas. Arts 1733, 1834

## III

If district Judge entered an order Without authority, then the Court of Appeals has Jurisdiction and duty to Vacate the unauthorized order.
TEX App — Dallas (1984)

The District Judge failed to get Affidavits by both Counsels.

The District Judge order a Street Lawyer Pro Tem for the District Attorney who removed herself from my Case.

No one can be Pro tem except a Mayor, a Supreme Court Judge or The President of the United States of America.



# COURT OF APPEALS

## THIRD DISTRICT OF TEXAS
P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
www.txcourts.gov/3rdcoa.aspx
(512) 463-1733

JEFF L. ROSE, CHIEF JUSTICE
DAVID PURYEAR, JUSTICE
BOB PEMBERTON, JUSTICE
MELISSA GOODWIN, JUSTICE
SCOTT K. FIELD, JUSTICE
CINDY OLSON BOURLAND, JUSTICE

JEFFREY D. KYLE, CLERK

March 17, 2015

Mr. Gelacio Perez Lozada
TDCJ ID #1579849
Robertson Unit
12071 FM 3522
Abilene, TX 79681

RE:  Court of Appeals Number:   03-09-00470-CR
     Trial Court Case Number:   CR21,263

Style:  Gelacio Perez Lozada
        v. The State of Texas

Dear Mr. Lozada:

On March 16, 2015, your Motion to Dismiss Prosecution Law Unconstitutional was received in this Court but was not filed. The Court issued its opinion affirming the decision of the trial court on May 5, 2010, and on August 29, 2010, issued a mandate in accordance with the Court's judgment. Therefore, this Court no longer has jurisdiction over this appeal. The Court's *plenary power over its judgment* has expired and no further action can be taken by this Court in this appeal. *See* Tex. R. App. P. 19.1.

Very truly yours,

Clerk's Office

Graham K. Lozano
1579843
Robertson Unit
12071 FM 3522
Abilene, TX 79601

Legal Mail

787118254?

COURT OF APPEALS

To: Clerk
THIRD DISTRICT
P.O. Box 12547
Austin, TX 78711-2547